# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN NEVADA WATER
AUTHORITY, A POLITICAL
SUBDIVISION OF THE STATE OF
NEVADA,

              Appellant,

vs.

JASON KING, P.E., NEVADA STATE
ENGINEER, DIVISION OF WATER
RESOURCES, DEPARTMENT OF
CONSERVATION AND NATURAL
RESOURCES,

              Respondent.

No. 77027



FILED

NOV 15 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER GRANTING MOTION AND DISMISSING APPEAL*

This appeal is from a ruling by the State Engineer. On October 23, 2018, appellant filed a motion for voluntary dismissal of this appeal without prejudice, contending that the appeal is to the district court from the State Engineer's decision pursuant to NRS 533.450, and that the district court clerk erroneously forwarded it to this court for resolution. The motion is unopposed.

Cause appearing, appellant's unopposed motion is granted, and we order this appeal dismissed. NRS 533.450(9), *see generally* NRAP 3A(b).

It is so ORDERED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-904451

cc:    Chief Judge, The Seventh Judicial District Court
       Hon. Robert E. Estes, Senior Judge
       Taggart & Taggart, Ltd.
       Attorney General/Carson City
       White Pine County Clerk